# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2019

## NO.  03-18-00617-CV

**Reagan National Advertising of Austin, Inc., Appellant**

**v.**

**City of Austin and Spencer Cronk, in his Official Capacity, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY JUSTICE KELLY;
CONCURRING OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on August 23, 2018.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.